IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:10CR374 |
| vs. | |
| JESUS LEON AGUIRRE, | ORDER |
| Defendant. | |

This matter is before the court on the defendant's letter to the Clerk of Court seeking all court transcripts in this case.  **See** Filing No. 54.  Two hearings were digitally recorded (Filing No. 11 - October 22, 2010, Initial Appearance and Filing No. 25 - December 8, 2010, Hearing on Various Pretrial Motions) and two hearings were transcribed (Filing No. 32 - March 8, 2011, Change of Plea Hearing and Filing No. 41 - June 15, 2011, Sentencing).

In order to obtain transcripts of the digitally recorded hearings (Filing Nos. 11 and 25), the defendant shall submit to the Clerk of Court the prepaid amount of $40.15[1] and identify the amount as payment for transcripts of the October 22, 2010, initial appearance and December 8, 2010, hearing.  Should the cost of the transcripts exceed this amount, the defendant will be required to pay the difference.  Likewise, should the cost of the transcript be less than $40.15, a refund check will be issued.  Upon receipt of the fee, the Clerk of Court shall prepare a transcript of the requested hearings, which will be mailed to the defendant.

In order to obtain the transcripts of the transcribed hearings (Filing Nos. 32 and 41), the defendant may submit the attached form[2] to Susan DeVetter at:  Susan DeVetter, 111 S. 18th Plaza Suite 3130, Omaha, NE 68102.  Thereafter, the cost of the transcripts will be arranged with the defendant.

**IT IS SO ORDERED**.

Dated this 10th day of June, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

---

[1] The projected cost is based on the time of the hearings.  The combined time of the two hearings is thirteen minutes.

[2] The Request for Transcript or Certificate of No Transcript Order form can also be located at: http://www.ned.uscourts.gov/forms?items_per_page=30&page=1.